MICHAEL IAN GAREY, BAR #50565
Attorney at Law
714 North Spurgeon
Santa Ana, California 92701
Ph.: (714) 834-0950
Fax: (714) 571-0867
Email: mig995@aol.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff(s)<br>v.<br><br>JOSE LUIS DIAZ VALENCIA,<br><br>               Defendantf. | CASE NO. 11-CR-00415-AWI<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of: Jose Luis Diaz Valencia

,Defendant, to substitute **Michael Ian Garey**, **Esq**., who

is Retained Counsel, 714 North Spurgeon, Santa Ana, California 92701.

| (714) 834-0950 | (714) 571-0867 | 50565 |
|---|---|---|
| Telephone Number | Fax | State Bar Number |

as attorney of record in place and stead of   **Carl M. Faller, Esq.**
                                                    Present Attorney

**is hereby**     **[X] GRANTED**     [ ] DENIED

IT IS SO ORDERED.

Dated:   December 8, 2011                               _____
                                                                                 CHIEF UNITED STATES DISTRICT JUDGE