BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-cr-415 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO MOVE STATUS |
| ) | CONFERENCE HEARING; |
| ) | ORDER |
| v. ) | |
| ) | |
| JOSE LUIS VALENCIA DIAZ, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorneys, hereby stipulate and agree that the status conference in this case, previously scheduled for February 13, 2012 at 9:00 a.m., be continued until February 13, 2012, at 1:00 p.m. before the Honorable Dennis L. Beck.

DATED: February 9, 2012                     BENJAMIN B. WAGNER
                                            United States Attorney

                                            By /s/ Kathleen A. Servatius

                                            KATHLEEN A. SERVATIUS
                                            Assistant U.S. Attorney


DATED: February 9, 2012                     /s/ Carl M. Faller
                                            Attorney for Jose Luis Valencia Diaz

1

| | | |
|---|---|---|
| DATED: February 9, 2012 | | /s/ Peggy Sasso |
| | | Attorney for Martin Santos Bonales |
| DATED: February 9, 2012 | | /s/ Mark Wade Coleman |
| | | Attorney for Pedro Mendoza |

**ORDER**

IT IS SO ORDERED.

**Dated: February 9, 2012**                        **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE