1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  PEGGY SASSO, CA Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MARTIN SANTOS-BONALES

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 | UNITED STATES OF AMERICA,      ) NO. 1:11-cr-0415 AWI
                                    )
12 |         *Plaintiff,*            )
                                    ) STIPULATION TO ADVANCE CHANGE OF
13 |     v.                          ) PLEA HEARING;  ORDER
                                    )
14 | MARTIN SANTOS-BONALES,          ) Date:  August 6, 2012
                                    ) Time:  10:00 a.m.
15 |         *Defendant.*            ) Judge: Hon. Anthony W. Ishii
                                    )
16                                  )
                                    )
17 | _____ )

18
       **IT IS HEREBY STIPULATED** by and between the parties through their
19
   respective counsel, Assistant United States Attorney Kathleen A.
20
   Servatius, Counsel for Plaintiff, and Assistant Federal Defender Peggy
21
   Sasso, Counsel for Defendant Martin Santos-Bonales, that, with respect
22
   to Mr. Santos-Bonales only, the status conference currently set for
23
   August 27, 2012 at 1:30 p.m., **may be advanced and rescheduled to August**
24
   **6, 2012, at 10:00 a.m for a change of plea hearing.**
25
       The parties have entered into a plea agreement and have agreed to
26
   set the matter for a change of plea August 6, 2012.
27
   */ / /*
28

1  / / /
2  / / /
3  / / /

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: July 25, 2012 | /s/ Kathleen A. Servatius<br>―――――――――――――――<br>KATHLEEN A. SERVATIUS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: July 25, 2012 | /s/ Peggy Sasso<br>―――――――――――――――<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>MARTIN SANTOS-BONALES |

ORDER

IT IS SO ORDERED.

Dated: July 26, 2012

CHIEF UNITED STATES DISTRICT JUDGE