1  MICHAEL IAN GAREY/ BAR #50565
   ATTORNEY AT LAW
2  714 North Spurgeon
   Santa Ana, California 92701
3  (714) 834-0950
   E-Mail: MIG995@aol.com
4

5
              IN THE UNITED STATES DISTRICT COURT
6
              EASTERN DISTRICT OF CALIFORNIA
7

8

9  United States of America,    ) Case No. 11-CR-00415-AWI
                                 )
10              Plaintiff,       )
   v.                            ) **ORDER AUTHORIZING FILING OF**
11                               ) **EXHIBITS UNDER SEAL**
                                 )
12                               )
   JOSE LUIS VALENCIA-DIAZ,      )
13                               )
                Defendant.       )
14 _____      )

15
   **GOOD CAUSE APPEARING,** it is hereby ordered that defendant
16
   Jose Luis Valencia-Daiz, be allowed to file Exhibits under
17
   seal.
18

19

20
   IT IS SO ORDERED.
21
   Dated: ____August 2, 2012____    _____
22
                           CHIEF UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28