MICHAEL IAN GAREY/ BAR #50565
ATTORNEY AT LAW
714 North Spurgeon
Santa Ana, California 92701
(714) 834-0950
E-Mail: MIG995@aol.com

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America, | ) Case No. 11-CR-00415-AWI |
| Plaintiff, | ) |
| v. | ) ORDER |
| | ) |
| JOSE LUIS VALENCIA-DIAZ, | ) |
| Defendant. | ) |

**ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of August, 2012, that Defendant Jose Luis Diaz Valencia, be allowed to file a motion to suppress consisting of forty-six pages.

IT IS SO ORDERED.

Dated: __August 2, 2012__   _____
CHIEF UNITED STATES DISTRICT JUDGE