1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for the
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | CASE NO. 1:11-cr-00415 AWI
12 |                  Plaintiff,       | STIPULATION TO CONTINUE MOTIONS HEARING AND TO EXTEND TIME FOR FILING OF GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTIONS
13 | v.                                |
14 | JOSE LUIS VALENCIA DIAZ and PEDRO MENDOZA, |
15 |                  Defendants.      |

17      The United States of America, by and through Benjamin B. Wagner, United States
18 Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by
19 and through Michael Garey and Marc Coleman, hereby stipulate and agree that the government's
20 opposition to the defendants' motions in this case be filed on or before April 8, 2013, the
21 defendants' replies to be filed on or before April 15, 2013, and the hearing on the matter be
22 continued to April 22, 2013.

23      The reason for this motion is that Ms. Servatius needs more time to properly respond to
24 the defendants' motions. Additionally, parties are exploring resolution of the case without the need

27 ///

28 ///

                                       1

for a ruling on the pending motions. Counsel for the defendants have no objections to the requested continuance.

IT IS SO STIPULATED.

Dated: March 26, 2013                            BENJAMIN B. WAGNER
                                                 United States Attorney
                                            BY:  /s/ Kathleen A. Servatius
                                                 KATHLEEN A. SERVATIUS
                                                 Assistant U.S. Attorney


Dated: March 26, 2013                            /s/ Michael Ian Garey
                                                 Attorney for Jose Luis Valencia Diaz


Dated: March 26, 2013                            /s/ Mark Wade Coleman
                                                 Attorney for Pedro Mendoza

BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:11-cr-00415 AWI-BAM |
| ) | |
| Plaintiff, ) | ORDER CONTINUING MOTIONS HEARING |
| v. ) | AND EXTENDING TIME FOR FILING |
| ) | OF GOVERNMENT'S OPPOSITION |
| ) | TO DEFENDANTS' MOTIONS |
| JOSE LUIS VALENCIA DIAZ and ) | |
| PEDRO MENDOZA, ) | |
| ) | |
| Defendants. ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through Michael Garey and Marc Coleman, having stipulated and agreed that the hearing on this matter be continued to April 22, 2013, at 10:00 a.m., the government's opposition to the defendants' motions in this case be filed on or before April 8, 2013, and the defendants' replies to be filed on or before April 15, 2013, and good cause appearing therefore,

IT IS SO ORDERED.

Dated:  March 26, 2013                                  _____
                                                        SENIOR DISTRICT JUDGE

3